# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GROLO LTD and GROLO LTD,<br><br>Plaintiffs,<br><br>v.<br><br>ACTIVE CREATIONS LLC,<br>and<br>SPORTS FANATICS LLC,<br><br>Defendants. | Civil Action No. _____ |

## COMPLAINT

Plaintiffs Grolo LTD and Grolo LTD (together, "Grolo" or "Seller"), by and through undersigned counsel, Holland & Knight LLP, file this Complaint for breach of contract against Defendants Active Creations LLC, and Sports Fanatics LLC, (collectively "Defendants" or "Buyer"), and in support thereof allege as follows:

## NATURE OF THE ACTION

1.      This action centers on an Asset Purchase Agreement, effective as of February 4, 2021, primarily encompassing Grolo's assets consisting of products and product lines sold on Amazon, which Grolo sold to Buyer in exchange for certain consideration, (the "Agreement").[1] Grolo's claims arise from Buyer's material breach and failure to adequately perform under the terms of the Agreement. ███████████████████████████████████████████████

████████████████████████████████████████████████████████████

---

[1]      The Agreement includes the Asset Purchase Agreement (the "APA"), Deal Terms Sheet, Escrow Agreement, Software License Agreement, and Trademark Security Agreement, all of which are also effective as of February 4, 2021. (*See* APA § 1). The APA and Deal Terms Sheet are attached as **Exhibits A** and **B**, respectively. Unless otherwise defined herein, capitalized terms shall have the definitions ascribed to them in the Agreement.

**PARTIES**

7.      Plaintiff Grolo LTD is a corporation formed and registered under the laws of Israel. The entity referenced in this paragraph may be independently referred herein as "Grolo Israel." Grolo Israel was formerly known as Powerlix LTD.

8.      Plaintiff Grolo LTD is a corporation formed and registered under the laws of Wyoming. The entity referenced in this paragraph may be independently referred herein as "Grolo USA." Grolo USA was formerly known as Powerlix LTD.

9.      Grolo Israel and Grolo USA are referenced together as "Grolo" or "Seller."

10.     Upon information and belief, Active Creations LLC ("Active Creations") is a Delaware limited liability company and its members are not citizens of Israel or Wyoming.

11.     Upon information and belief, Sports Fanatics LLC ("Sports Fanatics") is a Delaware limited liability company and its members are not citizens of Israel or Wyoming.

12.     Active Creations and Sports Fanatics are referenced together as "Defendants" or "Buyer."

**JURISDICTION AND VENUE**

13.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332. The amount in controversy exceeds $75,000.00, inclusive of interest, counsel fees and costs, and there is complete diversity of citizenship.

14.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) and (3) because performance under the Agreement was, and is, to be provided in New York, including but not limited to ████████████████████████ The parties are also subject to personal jurisdiction in this District under the Agreement's dispute resolution and exclusive jurisdiction provisions.

## FACTS

### *The Agreement*

15.    Grolo Israel and Grolo USA, as Powerlix LTD, on the one hand as Seller, and

Active Creations and Sports Fanatics, on the other hand as Buyer, are parties to the Agreement.





*Repeated Requests for Compliance with the Agreement*



7





*Buyer's Rejection of Grolo's Demand for Indemnification*





11

## COUNT I – BREACH OF CONTRACT AGAINST ALL DEFENDANTS

51.     Grolo re-alleges and incorporates by reference paragraphs 1-50 of this Complaint as if rewritten herein.





## COUNT II – BREACH OF CONTRACT AGAINST ALL DEFENDANTS

62.     Grolo re-alleges and incorporates by reference paragraphs 1-50 of this Complaint as if rewritten herein.





## PRAYER FOR RELIEF

WHEREFORE, <span style="background:black"> </span>





Dated: December 15, 2023

By: _____
Duvol M. Thompson
Amir Alimehri
**HOLLAND & KNIGHT LLP**
31 West 52nd Street, 12th Floor
New York, NY 10019
(212) 513-3523
Duvol.Thompson@hklaw.com
Amir.Alimehri@hklaw.com

*Attorneys for Plaintiffs*
*Grolo LTD and Grolo LTD*

# EXHIBIT A

























































































EXHIBIT B



