```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   23cv10960 (DLC)
GROLO LTD, et al.,                       :
                                         :        ORDER
                        Plaintiffs,      :
                                         :
              -v-                        :
                                         :
ACTIVE CREATIONS LLC, et al.,            :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On February 19, 2024, the plaintiffs filed a motion to dismiss the counterclaims filed by defendants on January 30.  It is hereby

ORDERED that the defendants shall file their opposition to the motion by March 4.  Plaintiffs' reply, if any, must be filed by March 11.  At the time any reply is served, the moving party shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          February 20, 2024

                                         _____
                                              DENISE COTE
                                         United States District Judge