```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :    23cv10960 (DLC)
GROLO LTD, et al.,                       :
                                         :         ORDER
                    Plaintiffs,          :
          -v-                            :
                                         :
ACTIVE CREATIONS LLC, et al.,            :
                                         :
                    Defendants.          :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the plaintiffs' request, it is hereby

ORDERED that the March 5, 2024 pretrial conference will be held telephonically.  The parties shall use the following dial-in credentials for the telephone conference:

    Dial-in:       888-363-4749
    Access Code:  4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
          March 1, 2024

                                    DENISE COTE
                          United States District Judge