```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    23cv10960 (DLC)
GROLO LTD, et al.,                        :
                                          :         ORDER
                         Plaintiffs,      :
             -v-                          :
                                          :
ACTIVE CREATIONS LLC, et al.,             :
                                          :
                         Defendants.      :
----------------------------------------- X
```

DENISE COTE, District Judge:

Having received the plaintiffs' letter, dated March 26, 2024, it is hereby

ORDERED that the parties shall appear for a conference on March 27, 2024 at 4:00 P.M. in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         March 27, 2024

                                          _____
                                                              DENISE COTE
                                                 United States District Judge