UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
:  23cv10960 (DLC)
GROLO LTD, et al.,                   :
:       ORDER
                       Plaintiffs,   :
            -v-                      :
                                     :
ACTIVE CREATIONS LLC, et al.,        :
                                     :
                       Defendants.   :
------------------------------------- X

DENISE COTE, District Judge:

   Having received the plaintiffs' letter dated March 27, 2024, it is hereby

   ORDERED that the March 27, 2024 conference will be held telephonically.  The parties shall use the following dial-in credentials for the telephone conference:

   Dial-in:       888-363-4749
   Access Code:   4324948

The parties shall use a landline if one is available.

Dated:  New York, New York
        March 27, 2024

                                    _____
                                         DENISE COTE
                                    United States District Judge