```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :    23cv10960 (DLC)
GROLO LTD, et al.,                       :
                                         :         ORDER
                         Plaintiffs,     :
            -v-                          :
                                         :
ACTIVE CREATIONS LLC, et al.,            :
                                         :
                         Defendants.     :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the plaintiffs' letter dated June 3, 2024, it is hereby

ORDERED that the defendants shall file their response by **June 10, 2024.**

IT IS FURTHER ORDERED that a telephone conference will be held on **June 13, 2024 at 11:30 A.M.**  The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:      888-363-4749
        Access Code:  4324948

The parties shall use a landline if one is available.

Dated:   New York, New York
         June 4, 2024

                                            _____
                                                DENISE COTE
                                          United States District Judge