```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
GROLO LTD, et al.,                        :      23cv10960 (DLC)
                                          :
                                          :           ORDER
                              Plaintiffs, :
             -v-                          :
                                          :
ACTIVE CREATIONS LLC, et al.,             :
                                          :
                              Defendants. :
----------------------------------------- X
```

DENISE COTE, District Judge:

　　As stated on the record at the June 18, 2024 telephone conference,

　　IT IS HEREBY ORDERED that the defendants shall submit a status letter by **June 25, 2024** regarding their solution to the gap in data provided to the auditor.

Dated:　　New York, New York
　　　　　June 18, 2024

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　United States District Judge