```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :   23cv10960 (DLC)
GROLO LTD, et al.,                       :
                                         :        ORDER
                            Plaintiffs,  :
            -v-                          :
                                         :
ACTIVE CREATIONS LLC, et al.,            :
                                         :
                            Defendants.  :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of March 6, 2024 set November 22 as the deadline for any motions for summary judgment to be filed, or, if no such motions were filed, for the filing of the Joint Pretrial Order. Neither a motion for summary judgment nor a Joint Pretrial Order was filed. Accordingly, the parties have waived their right to move for summary judgment. It is hereby

ORDERED that the Joint Pretrial Order is due **December 13, 2024**. The parties shall review this Court's Individual Practices in Civil Cases regarding the Joint Pretrial Order and other required pretrial filings.

IT IS FURTHER ORDERED that this case is placed on the **January 2025** trial ready calendar.

Dated:   New York, New York
         December 2, 2024

                                      _____
                                             DENISE COTE
                                      United States District Judge