```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   23cv10960 (DLC)
GROLO LTD, et al.,                        :
                                          :         ORDER
                          Plaintiffs,     :
                                          :
              -v-                         :
                                          :
ACTIVE CREATIONS LLC, et al.,             :
                                          :
                          Defendants.     :
----------------------------------------- X
```

DENISE COTE, District Judge:

Having received the parties' letter of December 3, 2024, it is hereby

ORDERED that a conference shall be held on **December 5, 2024**, at **11:30 a.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         December 3, 2024

                                    _____
                                         DENISE COTE
                                    United States District Judge