```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   23cv10960 (DLC)
GROLO LTD, et al.,                        :
                                          :        ORDER
                          Plaintiffs,     :
              -v-                         :
                                          :
ACTIVE CREATIONS LLC, et al.,             :
                                          :
                          Defendants.     :
----------------------------------------- X
```

DENISE COTE, District Judge:

As set forth in the conference held on December 5, 2024, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. This case will be referred to mediation to take place in **January 2025**. The Clerk of Court will contact the parties when a mediator has been selected.

2. The Joint Pretrial Order must be filed by **January 31, 2025**.

   As described in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Proposed Findings of Fact and Conclusions of Law and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due **February 6, 2025** at **5:00 p.m.** In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law is not permitted. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

   All direct testimony except for testimony of an adverse party, a person whose attendance must be compelled by subpoena, or a witness for whom a party has requested and the Court has agreed to hear the direct testimony at trial, shall be submitted by affidavits served, **but not filed**, with the Joint Pretrial Order.

   Those portions of depositions that are being offered as substantive evidence, along with a one-page synopsis (with

transcript citations) of such testimony for each deposition, shall be exchanged at the time the Pretrial Order is filed.

Three days after submission of the affidavits, counsel for each party shall submit a list of all affiants that he or she intends to cross-examine at the trial. Affiants for whom such notice is not given are not required to be present at trial.

At the time the above-described documents are filed or served, Counsel will provide the Court with one (1) electronic set of all exhibits, one (1) hardcopy of key exhibits, and two (2) courtesy copies of all other documents at the time they are served. Counsel will also provide the Court with one (1) hardcopy of the depositions, as described above. Counsel shall send the electronic versions to the Court's Chambers email: Cotenysdchambers@nysd.uscourts.gov. The case name, case number, and email contents should be clearly set forth in the email's subject line.

3. The final pretrial conference is scheduled for **February 10** at **2:30 p.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York.

4. Trial will begin on **February 12, 2025** at **9:30 a.m.**

   SO ORDERED:

Dated:   New York, New York
         December 5, 2024

                                      _____
                                              DENISE COTE
                                      United States District Judge