```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
GROLO LTD., et al.,                      :     23cv10960(DLC)
                                         :
                         Plaintiffs,     :         ORDER
            -v-                          :
                                         :
ACTIVE CREATIONS LLC, et al.,            :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the plaintiff's letter of December 18, 2024, it is hereby

ORDERED that a telephone conference is scheduled for **December 19, 2024** at **4:00 P.M.** The parties shall use the following dial-in credentials for the telephone conference:

    Dial-in:        1-855-244-8681
    Access Code:    2312 042 2648

The parties shall use a landline if one is available.

Dated:   New York, New York
         December 19, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge