# LONDON FISCHER LLP

**59 Maiden Lane**
New York, New York 10038
t: (212) 972-1000
f: (212) 972-1030
www.LondonFischer.com

December 19, 2024

**Via ECF**
Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

    Re:    Grolo LTD v. Active Creations LLC, Sports Fanatics LLC
             Docket No. 23-CV-10960
             <u>File No. 810.0567676</u>

Dear Judge Cote:

    In connection with the conference scheduled with Your Honor at 4:00 p.m. today, the parties jointly request that the conference by adjourned to Monday, December 23, 2024, or as soon thereafter as the Court's schedule permits.

    Counsel have resolved most of the issues raised with Mr. Thompson's letter of December 18, 2024 (ECF Doc. 79) and are confident the remainder will be resolved as well in short order.

    Additionally, Mr. Thompson and I are hopeful that the remaining gap in our settlement discussions will be closed, and we can report a resolution of this matter to the Court.

    Thank you for the Court's attention with regard to this matter

                Respectfully Submitted

                LONDON FISCHER LLP

                *Thomas A. Leghorn*

                Thomas A. Leghorn

cc:    Counsel of record via ECF

*[Handwritten note: The conference is cancelled. Denise Cote 12/19/24]*

New York  -  New Jersey  -  California  -  Florida