UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
GROLO LTD., et al.,                  :        23cv10960(DLC)
                                     :
                      Plaintiffs,    :            ORDER
                                     :
              -v-                    :
                                     :
ACTIVE CREATIONS LLC, et al.,        :
                                     :
                      Defendants.    :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

        An Order of December 5, 2024 referred this case to the

Court-annexed Mediation Program for mediation to occur in

January 2025.  Accordingly, it is hereby

        ORDERED that, by **December 24, 2024**, the parties shall

confer and inform the Mediation Office of their availability in

January.

Dated:    New York, New York
          December 20, 2024

                                _____
                                        DENISE COTE
                                United States District Judge