```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
GROLO LTD., et al.,                      :     23cv10960(DLC)
                                         :
                    Plaintiffs,          :     ORDER
          -v-                            :
                                         :
ACTIVE CREATIONS LLC, et al.,            :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of December 31, 2024 required the parties to show cause why sanctions should not be imposed for their failure to inform this District's Mediation Office of their availability for mediation to be held in January 2025.  Having received the parties' letter of January 3, 2025, it is hereby

ORDERED that the December 31 Order is vacated.

IT IS FURTHER ORDERED that the parties shall by **January 7, 2025** contact the Mediation Office to schedule a mediation session.  The mediation session is to be held after the parties' attempts to resolve this case have failed, but before the Joint Pretrial Order is due on January 31.

Dated:   New York, New York
         January 3, 2025

```
                              _____
                                       DENISE COTE
                              United States District Judge
```