```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
GROLO LTD., et al.,                      :   23cv10960(DLC)
                                         :
                    Plaintiffs,          :   ORDER
         -v-                             :
                                         :
ACTIVE CREATIONS LLC, et al.,            :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported by the mediator that this case has been settled, it is hereby

ORDERED that a final stipulation of settlement shall be submitted to this Court on or before **January 31, 2025**. In its absence, the Joint Pretrial Order remains due on January 31 and trial remains scheduled for February 12.

Dated:   New York, New York
         January 23, 2025

                                    _____
                                          DENISE COTE
                                    United States District Judge