**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GROLO LTD and GROLO LTD,<br><br>           Plaintiffs,<br><br>v.<br><br>ACTIVE CREATIONS LLC, and SPORTS FANATICS LLC,<br><br>           Defendants. | Civil Action No. 23-CV-10960 (DLC) |

### JOINT STIPULATION AND [PROPOSED] ORDER
### TO DISMISS WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and among the Parties hereto, through their undersigned counsel, in consideration of a negotiated settlement executed by them, that:

1. This action be dismissed in its entirety, without prejudice, with each party to bear its own attorneys' fees and costs (the "Dismissal Without Prejudice");

2. The Dismissal Without Prejudice shall convert automatically to a dismissal with prejudice, with each party to bear its own attorneys' fees and costs, on the date that plaintiffs Grolo Ltd and Grolo Ltd ("Plaintiffs") receive final payment from defendants Active Creations LLC and Sports Fanatics LLC ("Defendants") pursuant to the parties' written settlement agreement (the "Settlement Agreement"), such date anticipated to be no later than the first anniversary of Plaintiffs' receipt of the initial payment set forth in the Settlement Agreement; and

*So ordered,*

*[signature]*
*1/28/25*

3. For the avoidance of any doubt, in the event that Defendants fail to make payment of the final payment in accordance with the terms of the Settlement Agreement, Plaintiffs may elect either to enforce the Settlement Agreement or, alternatively, recommence litigation with respect to the full amount sought in this lawsuit, subject to a setoff for any amounts paid by Defendants pursuant to the Settlement Agreement.

Dated: January 24, 2025

**GROLO LTD and GROLO LTD**

By: _____

Duvol Thompson
**HOLLAND & KNIGHT LLP**
787 Seventh Avenue, 31st Floor
New York, New York 10019
Phone: (212) 513-3200
Fax:    (212) 385-9010
Email: duvol.thompson@hklaw.com

**ACTIVE CREATIONS LLC**

By: _____

Thomas Leghorn
**LONDON FISCHER LLP**
59 Maiden Lane
New York, NY 10038
Phone: (212) 972-1000
Fax:    (212) 972-1030
Email: tleghorn@londonfischer.com

SPORTS FANATICS LLC

By: _____

Thomas Leghorn
**LONDON FISCHER LLP**
59 Maiden Lane
New York, NY 10038
Phone: (212) 972-1000
Fax:    (212) 972-1030
Email: tleghorn@londonfischer.com

SO ORDERED this _____ day of _____, 2025.

_____
THE HONORABLE DENISE COTE
United States District Judge

#515800043_v1